No. 76–669. MESHRIY ET UX. *v.* SUN OIL CO. Ct. App. Mich. Certiorari denied.

No. 76–679. WYATT *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–702. RALSTON PURINA CO. *v.* NABISCO, INC. C. A. 8th Cir. Certiorari denied.

No. 76–731. KAHOUN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–735. GARZA-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–738. LOUISIANA & ARKANSAS RAILWAY CO. *v.* MARTIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–743. CHEW *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5040. COZZETTI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5084. SPOTTS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5092. SEIJO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5164. BASTIDA *v.* MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–5216. PENZABENE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5233. AUSTIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.